STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Social Positioning Input Systems, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § § | |
| **Plaintiff,** | § § | **Case No: 5:21-cv-07526-LHK** |
| **vs.** | § § | **JURY TRAIL DEMANDED** |
| **SIEVA NETWORKS, INC. d/b/a MATRACK** | § § | **PATENT CASE** |
| **Defendant.** | § § § | **JOINT STIPULATION OF DISMISSAL** |
| | § | |

Plaintiff Social Positioning Input Systems, LLC, and Defendant Sieva Networks, Inc. d/b/a Matrack, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.      All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.      Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: December 30, 2021                Respectfully submitted,

                                        /s/Stephen M. Lobbin
                                        Stephen M. Lobbin
                                        sml@smlavvocati.com
                                        SML AVVOCATI P.C.
                                        888 Prospect Street, Suite 200
                                        San Diego, California 92037
                                        (949) 636-1391 (Phone)

                                        **Attorney(s) for Plaintiff**

                                        **FISH & RICHARDSON P.C.**

                                        By: /s/Rodeen Talebi
                                        Rodeen Talebi (CA SBN 320392)
                                        FISH & RICHARDSON P.C.
                                        500 Arguello Street, Suite 500
                                        Redwood City, CA 94063
                                        Telephone: (650) 839-5070
                                        Facsimile: (650) 839-5071
                                        Email: talebi@fr.com

                                        Neil J. McNabnay (*pro hac vice*)
                                        Ricardo J. Bonilla (*pro hac vice*)
                                        Noel Chakkalakal (*pro hac vice)*
                                        FISH & RICHARDSON P.C.
                                        1717 Main Street, Suite 5000
                                        Dallas, TX 75201
                                        Telephone: (214) 747-5070
                                        Facsimile: (214) 747-2091
                                        mcnabnay@fr.com
                                        rbonilla@fr.com
                                        chakkalakal@fr.com

                                        **Attorney(s) for Defendant**

JOINT STIPULATION OF DISMISSAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 30, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/Stephen M. Lobbin*
Stephen M. Lobbin

JOINT STIPULATION OF DISMISSAL