UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SIEVA NETWORKS, INC.,<br><br>Defendant. | Case No. 21-CV-07526-LHK<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 22 |

On December 31, 2021, the parties filed a joint stipulation agreeing to dismiss all of Plaintiff's claims with prejudice and to dismiss all of Defendant's counterclaims without prejudice. ECF No. 22. Pursuant to the parties' joint stipulation, the Court DISMISSES Plaintiff's claims with prejudice and DISMISSES Defendant's counterclaims without prejudice.

**IT IS SO ORDERED.**

Dated: January 4, 2022

_Lucy H. Koh_
LUCY H. KOH
United States Circuit Judge[*]

---

[*] Sitting by designation on the United States District Court for the Northern District of California.

Case No. 21-CV-07526-LHK
ORDER DISMISSING CASE

1