United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SIEVA NETWORKS, INC.,<br><br>    Defendant. | Case No. 21-CV-07526-LHK<br><br>**JUDGMENT** |

On January 4, 2022, the Court dismissed Plaintiff's claims with prejudice and dismissed Defendant's counterclaims without prejudice. ECF No. 23. Judgment is entered. Each party shall bear its own costs and attorney fees. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 4, 2022

*Lucy H. Koh*
LUCY H. KOH
United States Circuit Judge[*]

---

[*] Sitting by designation on the United States District Court for the Northern District of California.

1
Case No. 21-CV-07526-LHK
JUDGMENT